**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

JOHN F. HUTCHENS, *et al.*,                                    No.  C 06-6870 SBA

        Plaintiffs,                                    **ORDER**

    v.

ALAMEDA COUNTY, *et al.*,

        Defendants.

_____

      On May 10, 2007, the Court ordered that "[t]he parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference . . . ."  Docket No. 20.  The defendants aver that the plaintiffs have failed to cooperate in preparing a joint Case Management Conference Statement.  *See* Docket No. 29.

      Accordingly, it is ORDERED that:

    (1)    Plaintiffs and/or Plaintiffs' counsel of record shall appear in Courtroom 3 of the United States Courthouse, 1301 Clay Street, Oakland, California, on **July 11, 2007, at 4:00 P.M.**, to show cause why the above-captioned case should not be dismissed without prejudice for failure to comply with the Court's order.

    (2)    At least ten days prior to the above hearing, Plaintiffs or Plaintiffs' counsel of record must file a Certificate of Counsel with the Clerk of the Court, to explain why the case should or should not be dismissed for failure to prosecute.  The Certificate shall set forth the nature of the cause, its present status, the reason it has not been brought to trial or otherwise terminated, any basis for opposition to dismissal by any party, and its expected course if not dismissed.

    (3)    Please take notice that this Order requires <u>both</u> the specified court appearance <u>and</u> the filing of the Certificate of Counsel.  Failure to fully comply with this order will be deemed sufficient grounds to dismiss the action.

IT IS SO ORDERED.

June 7, 2007

_Saundra B Armstrong_

Saundra Brown Armstrong
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOHN F. HUTCHENS et al,

        Plaintiff,

  v.

ALAMEDA COUNTY SOCIAL SERVICES AGENCY et al,

        Defendant.

_____/

Case Number: CV06-06870 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 8, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John F. Hutchens
P.O. Box 182
Canyon,  CA 94516

Zamora  Moton
2710 9th Avenue
Apt. 3
Oakland,  CA 94606

Dated: June 8, 2007

                     Richard W. Wieking, Clerk
                     By: LISA R CLARK, Deputy Clerk