**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

JOHN F. HUTCHENS, *et al.*,

    Plaintiffs,

v.

ALAMEDA COUNTY, *et al.*,

    Defendants.

No. C 06-6870 SBA

**ORDER**

Before the Court is *pro se* plaintiffs John F. Hutchens and Zamora Moton's *ex parte* application for an order to rule on the legal status of Alameda County Medical Center and/or issue a new summons for the complaint against Alameda County Medical Center, filed September 17, 2007. For the reasons that follow, the motion is DENIED.

The plaintiffs appear to be requesting that the Court rule that there is no distinction between defendant Alameda County Social Services Agency and non-party Alameda County Medical Center. The plaintiffs' motion seems to suggest that these entities are either alter egos or there is some agency relationship between the two.

The plaintiffs' motion was apparently prompted by the defendants' position that "Alameda County Medical Center is an indispensable party in this action pursuant to FRCP 19(a)." Docket No. 49 (Joint Case Management Statement at 3). Rather than file a motion to join Alameda County Medical Center as a necessary party pursuant to Federal Rule of Civil Procedure 19, the plaintiffs are asking the Court to simply find that Alameda County Medical Center is an agency of one or more of the defendants named in their amended complaint and "order that, for purposes of this action, the Alameda County Medical Center shall henceforth be regarded as a Department or Agency of the County of Alameda, and that the Court rule that service of process has been effected, and that the counsel for the County of Alameda be directed henceforth to accept service on behalf of Alameda County Medical Center, et al, for all purposes related to this litigation." *Ex Parte* Application at 3.

In the alternative, the plaintiffs are requesting "the Court to direct the Clerk of the Court to issue

1  a new Summons naming the Alameda County Medical Center, et al, as defendants to the above entitled
2  Complaint." *Id*.

3      There are no grounds for granting either request.  First, there is no legal basis at this point for
4  the Court to simply deem a non-party as a related entity to a named defendant.  Second, Alameda
5  County Medical Center is not a defendant in this action at this time.  The issuance of a summons to a
6  non-party is not appropriate.  Accordingly, the *ex parte* motion is DENIED.

7      IT IS SO ORDERED.

9      October 3, 2007                                        _____
                                                      Saundra Brown Armstrong
                                                      United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOHN F. HUTCHENS et al,

        Plaintiff,

v.

ALAMEDA COUNTY SOCIAL SERVICES AGENCY et al,

        Defendant.

Case Number: CV06-06870 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 4, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John F. Hutchens
P.O. Box 182
Canyon, CA 94516

Zamora Moton
2710 9th Avenue
Apt. 3
Oakland, CA 94606

Dated: October 4, 2007

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

3