Frances S. Kaminer (State Bar 108004)
Walter K. Pyle (State Bar 98213)
LAW OFFICES OF WALTER K. PYLE
2039 Shattuck Avenue, Suite 202
Berkeley, CA 94704
(510) 849-4424
*Attorneys for Plaintiffs*
*John F. Hutchens and Baby S.A., by*
*John F. Hutchens, his Next Friend*

**FILED**
NOV 0 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**
NOV - 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JOHN F. HUTCHENS, ZAMORA MOTON, and BABY S.A., by John F. Hutchens, his next friend,

    Plaintiffs,

v.

COUNTY OF ALAMEDA, et al.,

    Defendants.

C-06-6870-SBA

No. ~~C-06-68870-SBA~~

**SUBSTITUTION OF ATTORNEYS;**
**[Proposed]**
**ORDER**

Plaintiff John F. Hutchens, in his individual capacity and as next friend of Baby S. A., hereby substitutes the Law Offices of Walter K. Pyle, by Walter K. Pyle and Frances S. Kaminer, as his attorneys of record in the above-entitled action, in place of himself acting *pro se*.

I consent to this substitution.

_/s/ John J. Hutchens_
John F. Hutchens
Individually and as Next Friend of
Baby S. A.
*Pro Se*
P.O. Box 182
Canyon, CA 94516
(925) 260-8460

I accept this substitution.

_/s/ Frances S. Kaminer_
Frances S. Kaminer

_/s/ Walter K. Pyle_
Walter K. Pyle
Law Offices of Walter K. Pyle
2039 Shattuck Avenue, Suite 202
Berkeley, CA 94704
(510) 849-4424

*Substitution of Attorney and Order*

**ORDER**

The request of plaintiff John F. Hutchens for a substitution of counsel is granted and,

IT IS HEREBY ORDERED that Frances S. Kaminer, Esq. and Walter K. Pyle, of the Law Offices of Walter K. Pyle be the new attorneys of record for the plaintiffs John F. Hutchens and Baby S.A., by John F. Hutchens, his next friend.

Dated: 11/6/07

Saundra B. Armstrong
Judge, United States District Court

## Proof of Service by Mail

The undersigned is at least 18 years of age and not a party to this action. I am a resident of Alameda County, California and my business address is 2039 Shattuck Avenue, Suite 202, Berkeley, CA 94704-1116. I served the foregoing

SUBSTITUTION OF ATTORNEYS; [Proposed] ORDER

on November 5, 2007 by enclosing a copy thereof in a sealed envelope and depositing it with postage fully prepaid in the United States mail at Berkeley, California on said date addressed to:

Richard E. Winnie
Alameda County Counsel
Attn: Diane C. Graydon, Esq.
1221 Oak St., Rm. 450
Oakland, CA 94612

[Attorney for Defendants]

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Berkeley, California

Dated   November 5, 2007

Frances S. Kaminer

3

*Substitution of Attorneys and Order*