DAVID J. BEAUVAIS (CA Bar # 84275)
1904 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 832-3605
Facsimile: (510) 832-3610

FILED

NOV 28 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. HUTCHENS, ZAMORA MOTON, and BABY S., by JOHN F. HUTCHENS, next friend,<br><br>Plaintiffs,<br><br>vs.<br><br>ALAMEDA COUNTY SOCIAL SERVICES AGENCY, CHILDREN AND FAMILY SERVICES, RUDOLPHO HERNANDEZ, and DOES 1-20,<br><br>Defendants. | No. C 06-6870 SBA<br><br>**SUBSTITUTION OF ATTORNEYS AND ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**NOTICE IS HEREBY GIVEN** that plaintiff, ZAMORA MOTON, hereby substitutes DAVID J. BEAUVAIS, as her attorney of record in place and in stead of herself in pro se. The address of plaintiff's new counsel is 1904 Franklin Street, Suite 800, Oakland, California 94612. Telephone: (510) 832-3605. Facsimile: (510) 832-3610.

DATED: November 9, 2007.

_____
ZAMORA MOTON

I accept said substitution.

DATED: November 9, 2007

*David J. Beauvais*
DAVID J. BEAUVAIS
Attorney for Plaintiff

**IT IS SO ORDERED.**

DATED: 11-27-07

*[signature]*
UNITED STATES DISTRICT JUDGE

SUBSTITUTION OF ATTORNEYS AND ORDER                                       2