UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN F. HUTCHENS, ZAMORA MOTON, and BABY S.A., By John F. Hutchens, next friend,<br><br>Plaintiffs,<br><br>vs.<br><br>ALAMEDA COUNTY MEDICAL CENTER, and DOES 1-20,<br><br>Defendant. | Case No:  C 06-6870  SBA<br><br>Consolidated with:<br>C 07-5600 SBA<br><br>**ORDER DENYING DEFENDANTS' MOTION TO DISMISS**<br><br>(Docket 116) |

On May 1, 2009, Defendants County of Alameda and Rodolpho Hernandez (collectively "County Defendants") filed a motion to dismiss (Docket 116), which it noticed for hearing on June 9, 2009.  Since the law and motion cut-off was March 31, 2009, the motion is untimely.  In addition, the motion was noticed for hearing at the same date and time as the pretrial conference, which presently is scheduled for June 9, 2009.  The Court does not hear law and motion matters at the pretrial conference.  Finally, County Defendants failed to certify that they met and conferred with opposing counsel before filing their motion. Paragraph 5 of this Court's Standing Order for Civil Cases expressly states, "Meet and Confer Requirement; All parties are required to meet and confer before filing any motion with this  court, and to certify that they have complied with this requirement."[1]

IT IS HEREBY ORDERED THAT County Defendants' untimely motion to dismiss is DENIED.

---

[1] The Court notes that the premise of the motion is flawed.  County Defendants claim that they were are not named as parties in the Second Amended Complaint filed on September 25, 2008.  However, that complaint only pertained to Case No. C 06-6870 SBA in which the sole defendant is Alameda County Medical Center.  The complaint on file in Case No. C 07-5600 SBA is the operative pleading against the County Defendants.

1  IT IS SO ORDERED.

2
Dated: May 12, 2009                               _____
3                                                  Hon. Saundra Brown Armstrong
                                                   United States District Judge
4