1
2                              UNITED STATES DISTRICT COURT
3                            NORTHERN DISTRICT OF CALIFORNIA
4
5   JOHN F. HUTCHENS,                  )      No. C06-06870 SBA
              Plaintiff,                )
                                        )      <u>ORDER DISMISSING ACTION</u>
6        vs.                            )
                                        )
7   ALAMEDA COUNTY SOCIAL               )
    SERVICES AGENCY,                    )
8                                       )
              Defendant.                )
9                                       )

10  ─────────────────────────────────
11
12          The Court having been notified of the settlement of
    this action, and it appearing that no issue remains for the
13
    Court's determination,
14
            IT IS HEREBY ORDERED THAT this action and all claims
15
    asserted herein are DISMISSED with prejudice.  In the event
16
    that the settlement is not reached, any party may move to
17
    reopen the case and the trial will be rescheduled, provided
18
    that such motion or request is filed within 90 days of this
19
    order.  All scheduled dates, including the trial and pretrial
20
    dates, are VACATED.
21
            IT IS SO ORDERED.
22
    DATED: 5/21/09
23
                                    _____
24                                   SAUNDRA BROWN ARMSTRONG
                                     United States District Judge
25
26
27
28