UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN F. HUTCHENS, ZAMORA MOTON, and BABY S.A., By John F. Hutchens, next friend,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ALAMEDA COUNTY MEDICAL CENTER, and DOES 1-20,<br><br>　　　　Defendant. | Case No: C 06-6870 SBA<br><br>Consolidated with:<br>C 07-5600 SBA<br><br>**ORDER DENYING PLAINTIFF JOHN HUTCHENS' PRO SE PETITION AND INFORMATION**<br><br>(Docket 126) |

The parties previously settled the above-captioned actions which were dismissed as of May 21, 2009. On September 8, 2009, Plaintiff John Hutchens filed a document styled as a Petition and Information, in which he apparently takes exception to the County of Alameda's denial of his administrative claim. As noted, this case has settled and is now closed. In addition, Mr. Hutchens is represented by counsel and cannot file documents pro se. Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's pro se Petition and Information is DENIED.

IT IS SO ORDERED.

Dated: September 11, 2009

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge