Frances S. Kaminer (State Bar 108004)
Walter K. Pyle (State Bar 98213)
LAW OFFICES OF WALTER K. PYLE
2039 Shattuck Avenue, Suite 202
Berkeley, CA  94704
(510) 849-4424
*Attorneys for Plaintiffs John F. Hutchens
and Baby S.A.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. HUTCHENS, ZAMORA MOTON, and BABY S.A., by John F. Hutchens, next friend,<br><br>*Plaintiffs,*<br><br>v.<br><br>ALAMEDA COUNTY SOCIAL SERVICES, RUDOLFO HERNANDEZ, ALAMEDA COUNTY MEDICAL CENTER, and DOES 1-20,<br><br>*Defendants.* | No. 06-6870 SBA<br><br>**ORDER MODIFYING ORDER OF JULY 17, 2009 APPROVING MINOR'S COMPROMISE**<br><br>**Courtroom:  3**<br>**The Honorable Saundra Brown Armstrong, Judge Presiding** |

The court having considered the Joint Application by Plaintiff Baby S.A. and Defendant Alameda County Medical Center to Modify the Order of July 17, 2009 Approving Minor's Compromise, and for reasons that are just and in the best interests of the minor, makes the following requested modification of it's order approving minor's compromise.

IT IS HEREBY ORDERED that this court's Order Approving Minor's Compromise in the amount of $17,500 dated July 17, 2009 be modified so that the settlement funds for Baby S.A. may be distributed as follows:

    (1)  Defendant ACMC shall make a single settlement payment of $10,000 for settlement of all plaintiffs claims, of which **$2,500** is attributable to the settlement of Baby S.A.'s claims and shall be used for the sole benefit of the minor.  Plaintiffs' attorneys shall distribute the $2,500 to Baby S.A.'s parents, John F. Hutchens and Zamora Moton, in equal shares, and both parents are ordered to use or maintain these funds for the sole benefit of Baby S.A.

    (2)  The balance of **$15,000** due Baby S.A. from Defendants ACSS and Hernandez shall remain deposited in the interest bearing annuity sponsored by Prudential to be paid to Baby S.A. in two installments according to the following revised periodic payment schedule:

        (a)  On November 4, 2023, Baby S.A.'s 18th birthday, Prudential shall pay Baby S.A. **$15,000**;

        (b)  On November 4, 2030, Baby S.A.'s 25th birthday, Prudential shall pay Baby S.A. **$21,664.17**;

        (c)  The total payout to Baby from the Prudential sponsored annuity will be $36,664.17.

    The court finds that terms of the modification are authorized under California Probate Code § 3611.  Furthermore, the court finds that the requested modification is in the best interests of the minor, since the money will still be used for the benefit of the minor and will eliminate the potential for future litigation thereby promoting finality and certainty of outcome in the case.

1   All parties are ordered to execute all documents necessary to effect the
2   modification ordered herein.

3
4   Dated: 12/16/09                    _____
                                        Judge Saundra B. Armstrong